1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN: 27180)
  | LAW OFFICES OF MICHELLE GHIDOTTI
2 | 1920 Old Tustin Avenue
  | Santa Ana, CA 92705
3 | Tel: (949) 427-2010
  | Fax: (949) 427-2737
4 | Email: mghidotti@ghidottilaw.com

Attorneys for Secured Creditor,
U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA – PHOENIX DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| Tommy Chavez, Jr. and Mary Jane Chavez, | BK Case No.: 2:18-bk-01933-PS |
| Debtor. | WITHDRAWAL OF OBJECTION TO CHAPTER 13 PLAN (DOCKET NO. 27) |

U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust c/o BSI Financial Services, Inc., its Successors and Assigns, hereby withdraws its Objection to Chapter 13 Plan regarding the Real Property Located at 5701 W Palm Ln, Phoenix, AZ 85035–Docket No. 27, filed on April 19, 2018.

Dated: July 17, 2018            /s/Michelle Ghidotti-Gonsalves
                                Attorney for U.S. Bank Trust National Association, as
                                Trustee of the Igloo Series III Trust c/o BSI Financial
                                Services, Inc.

| | |
|---|---|
| 1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 27180) |
| 2 | LAW OFFICES OF MICHELLE GHIDOTTI |
| | 1920 Old Tustin Avenue |
| 3 | Santa Ana, CA 92705 |
| | Ph: (949) 427-2010 |
| 4 | Fax: (949) 427-2732 |
| 5 | ecfnotifications@ghidottilaw.com |
| 6 | Attorney for Creditor |
| 7 | U.S. Bank Trust National Association, as Trustee of the Igloo Series III Trust |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA – PHOENIX DIVISION

| In Re: | ) | CASE NO.: 2:18-bk-01933-PS |
|---|---|---|
| | ) | |
| Tommy Chavez, Jr. and Mary Jane Chavez, | ) | CHAPTER 13 |
| | ) | |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

On July 17, 2018 I served the following documents described as:

- **WITHDRAWAL OF OBJECTION**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Tommy Chavez, Jr.<br>5701 W Palm Lane<br>Phoenix, AZ 85035<br><br>**Joint Debtor**<br>Mary Jane Chavez<br>5701 W Palm Lane<br>Phoenix, AZ 85035<br><br>**Debtor's Counsel**<br>Gavin Andrew Curtis<br>Start Fresh Arizona<br>15396 North 83rd Avenue, Suite D102<br>Peoria, AZ 85381 | **Chapter 13 Trustee**<br>Russell Brown<br>Chapter 13 Trustee<br>3838 North Central Avenue, Suite 800<br>Phoenix, AZ 85012-1965<br><br>**U.S. Trustee**<br>U.S. Trustee<br>Office of the U.S. Trustee<br>230 North First Avenue, Suite 204<br>Phoenix, AZ 85003 |
|---|---|

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

    Executed on July 17, 2018 at Santa Ana, California

/*s / Ariel Del Pinto*
Ariel Del Pinto